Elof MALM, Appellee,

v.

**UNITED STATES LINES COMPANY,
Appellant.**

**No. 489, Docket 31199.**

United States Court of Appeals
Second Circuit.

Argued May 31, 1967.

Decided June 5, 1967.

Daniel J. Dougherty, New York City (Charles N. Fiddler, Kirlin Campbell & Keating, New York City, of counsel), for appellant.

Thomas E. P. McElligott, Fields, Rosen, McElligott & Auslander, New York City, for appellee.

Before WATERMAN, SMITH and KAUFMAN, Circuit Judges.

PER CURIAM:

We affirm on the basis of Judge Weinfeld's opinion in the District Court, reported at 269 F.Supp. 731 (S.D.N.Y. 1967).[1]

---

1. Since neither party on appeal raised the issue of maintenance and cure, we have not considered that portion of Judge Weinfeld's opinion.